SAMUEL KARR v. SAMUEL M. BANDAS.— Application denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

REBECCA LAUFER v. NATHAN RAYNES and Another.— Application denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ORTSCHREIB BUILDING CORPORATION v. "MORRIS" D. SCHWARTZ, First Name Fictitious, etc., Party Intended Being Dr. M. D. SCHWARTZ.— Application denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

HUGH KIERNAN v. ANTONIO SILVESTRI.— Application denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ZIVEL B. NIDEN v. BEN F. LEVIS, Impleaded, etc.— Application denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

HARRY W. DUBISKE v. BERNARD SEIDLITZ.— Application denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

HARRY CHAIFITZ v. GREAT NORTHERN APARTMENT CORPORATION.— Application denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

HARRIS WISHNATZKI and Others v. GREAT NORTHERN RAILWAY COMPANY.— Application granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

REBECCA FELDMAN v. YELLOW TAXI CAB CORPORATION and Another.— Application denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

CHARLES KLEIN v. EDBRO REALTY CO., INC.— Application denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ALVIN G. BRUSH, as Assignee, etc., of BRITISH AND COLONIAL KINEMATOGRAPH COMPANY, LTD., v. HERBERT BRENON.— Motion for leave to appeal denied, with ten dollars costs, and motion for stay granted upon plaintiff's filing the undertaking required by sections 591 and 593 of the Civil Practice Act. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

HARRY GREEN v. COMMERCIAL UNION ASSURANCE CORPORATION, LTD., OF LONDON, ENGLAND.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ

In the Matter of the Application of CARRIE H. C. SPANHAKE, as Administratrix, etc., of HANNAH HARRISON, Deceased, against THE TEACHERS' RETIREMENT BOARD.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

PEASE & ELLIMAN v. CHARLES WEGEMAN.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.